UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA BROWN,<br><br>    Plaintiff<br><br>                v.<br><br>CITY OF EASTHAMPTION,<br>EASTHAMPTON PUBLIC SCHOOLS,<br>KEVIN BURKE, RICK J. ROGALSKI,<br>NANCY FOLLANSBEE and ROBERT J. ALBERTI<br><br>    Defendants. | **Case No: 3:19-CV-30115-MGM** |
| ZADE JENKINS,<br><br>    Plaintiff<br><br>                v.<br><br>CITY OF EASTHAMPTION,<br>EASTHAMPTON PUBLIC SCHOOLS,<br>KEVIN BURKE, RICK J. ROGALSKI,<br>NANCY FOLLANSBEE and ROBERT J. ALBERTI<br><br>    Defendants. | **Case No: 3:19-CV-30116-MGM** |

**JOINT MOTION FOR ENTRY OF ORDER NISI FOR DISMISSAL**

NOW COME Plaintiffs Joshua Brown and Zade Jenkins (collectively, "Plaintiffs") and Defendants City of Easthampton, Easthampton Public Schools, Kevin Burke, Rick J. Rogalski, Nancy Follansbee and Robert J. Alberti (collectively, "Defendants") in the above-entitled actions (the "Actions") and hereby request the entry by this Honorable Court of an Order Nisi for Dismissal ("Nisi Order") for a period of ninety (90) days. As grounds for this Motion, the parties state as follows:

1. The parties have reached a settlement in the Actions as memorialized in the Release and Settlement Agreement signed by each individual Plaintiff and provided to Defendants' counsel (the "Agreements").

2. The parties anticipate the completion of all settlement obligations, including the filing of a stipulation of dismissal, within approximately the next forty-five (45) days.

3. Entry of a Nisi Order for a 90-day period will protect the parties' rights to proceed with the Actions should the settlement obligations not be met.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court enter an Order Nisi for Dismissal for a period of ninety (90) days.

Dated:  February 9, 2021

| Respectfully Submitted, | Respectfully Submitted: |
|---|---|
| THE PLAINTIFFS,<br>JOSHUA BROWN and<br>ZADE JENKINS | THE DEFENDANTS,<br>CITY OF EASTHAMPTON, EASTHAMPTON PUBLIC SCHOOLS, KEVIN BURKE, RICK J. ROGALSKI, NANCY FOLLANSBEE and ROBERT J. ALBERTI |
| By  */s/ Peter T. Lane*<br>Peter T. Lane, Esq., BBO #673748<br>Mae Stiles, Esq., BBO #569537<br>Fierst Bloomberg Ohm LLP<br>64 Gothic Street, Suite 4<br>Northampton, MA 01060<br>Phone (413)727-8300<br>lane@fierstbloomberg.com<br>stiles@fierstbloomberg.com | By  */s/ Nancy Frankel Pelletier*<br>Nancy Frankel Pelletier, Esq., BBO # 544402<br>    Direct Fax (413) 452-0342<br>    npelletier@robinsondonovan.com<br><br>By  */s/ David S. Lawless*<br>David S. Lawless, Esq., BBO # 664754<br>    dlawless@robinsondonovan.com<br>    Direct Fax (413) 452-0370<br>Robinson Donovan, P.C.<br>1500 Main Street, Suite 1600<br>Springfield, Massachusetts 01115<br>Phone (413) 732-2301 |

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 9th day of February 2021.

                                                   */s/ Peter T. Lane*
                                                   Peter T. Lane, Esq.