UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSHUA BROWN, )
 )
    Plaintiff, ) Civil Action No. 19-30115-MGM
 )
v. )
 )
 )
CITY OF EASTHAMPTON, )
MASSACHUSETTS, ET AL )
    Defendants. )

SETTLEMENT ORDER OF DISMISSAL
February 9, 2021

MARK G. MASTROIANNI: U.S.D.J.:

The court, having been advised on  February 9, 2021  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Ninety (90) days if settlement is not consummated.

By the Court,

 /s/ Mary Finn
Mary Finn
Deputy Clerk