UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION NO. 3:19-CV-30115-MGM

| | |
|---|---|
| JOSHUA BROWN, <br>     Plaintiff <br><br> vs. <br><br> CITY OF EASTHAMPTON, EASTHAMPTON PUBLIC SCHOOLS, KEVIN BURKE, RICK J. ROGALSKI, NANCY FOLLANSBEE and ROBERT J. ALBERTI, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-captioned action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that Plaintiff's First Amended Complaint and Jury Demand be dismissed, with prejudice, as to any and all claims, each party to bear its own costs, fees, and attorney's fees. The parties also waive all rights of appeal.

Respectfully Submitted,

| THE PLAINTIFF, <br> JOSHUA BROWN | THE DEFENDANTS, <br> CITY OF EASTHAMPTON, EASTHAMPTON PUBLIC SCHOOLS, KEVIN BURKE, RICK J. ROGALSKI, NANCY FOLLANSBEE AND ROBERT J. ALBERTI |
|---|---|
| By   */s/ Peter T. Lane* <br> Peter T. Lane, Esq., BBO #673748 <br> lane@fierstbloomberg.com <br> Mae Stiles, Esq., BBO #569537 <br> stiles@fierstbloomberg.com <br> Fierst Bloomberg Ohm LLP <br> 64 Gothic Street, Suite 4 <br> Northampton, MA 01060 <br> Phone (413)727-8300 | By   */s/ Nancy Frankel Pelletier* <br> Nancy Frankel Pelletier, Esq., BBO# 544402 <br> npelletier@robinsondonovan.com <br> David S. Lawless, Esq., BBO #664754 <br> dlawless@robinsondonovan.com <br> Robinson Donovan, P.C. <br> 1500 Main Street, Suite 1600 <br> Springfield, Massachusetts 01115 <br> Phone (413) 732-2301 Fax (413) 452-0342 |

647347

## CERTIFICATE OF SERVICE

       I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 23rd day of February, 2021.

                                                    */s/ Nancy Frankel Pelletier, Esq.*
                                                   Nancy Frankel Pelletier, Esq.

647347